# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  GEORGE ROBERSON  §
       ADLENA ROBERSON  §  Case No.: 09-08177
       §
       §
       §
    Debtor(s)  §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/11/2009.

2) This case was confirmed on 04/29/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/19/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2010, 06/03/2011.

5) The case was dismissed on 08/17/2011.

6) Number of months from filing to the last payment: 24

7) Number of months case was pending: 33

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 94,512.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 17,700.00 |
| Less amount refunded to debtor | $ 52.43 |
| **NET RECEIPTS** | $ 17,647.57 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,879.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,138.12 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,017.12 |
| Attorney fees paid and disclosed by debtor | $ 621.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WILSHIRE CREDIT CORP | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 6,175.00 | 3,346.79 | .00 | .00 | .00 |
| CAPITAL ONE AUTO FIN | SECURED | 10,225.00 | 10,899.25 | 10,225.00 | 10,225.00 | 392.31 |
| CAPITAL ONE AUTO FIN | UNSECURED | 7,523.00 | 7,277.76 | 7,952.01 | 17.31 | .00 |
| CITY OF CHICAGO WATE | SECURED | 419.81 | 428.76 | 420.00 | 420.00 | .00 |
| COOK COUNTY TREASURE | SECURED | 2,240.00 | .00 | 150.00 | 150.00 | .00 |
| COOK COUNTY TREASURE | SECURED | 6,400.00 | 360.00 | 360.00 | 360.00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 6,400.00 | NA | NA | .00 | .00 |
| SUTTON FUNDING LLC | SECURED | 218,180.00 | 218,771.63 | .00 | .00 | .00 |
| SUTTON FUNDING LLC | SECURED | .00 | 4,400.99 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | 259,333.00 | 303,110.61 | .00 | .00 | .00 |
| BAC HOME LOANS SERVI | SECURED | .00 | 5,592.02 | 2,065.83 | 2,065.83 | .00 |
| BAC HOME LOANS SERVI | UNSECURED | 25,627.00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 2,865.33 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 490.00 | 290.98 | 290.98 | .00 | .00 |
| AT & T CREDIT MANAGE | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,233.00 | 1,233.79 | 1,233.79 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 103.00 | 249.77 | 249.77 | .00 | .00 |
| CAPITAL ONE AUTO FIN | UNSECURED | 7,523.00 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | 156.00 | 114.35 | 114.35 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 200.00 | 4,242.30 | 4,242.30 | .00 | .00 |
| COMCAST | UNSECURED | 422.32 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 703.25 | 1,006.96 | 1,006.96 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ESPECIALLY YOURS | UNSECURED | 569.80 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 781.00 | 781.20 | 781.20 | .00 | .00 |
| LVNV FUNDING | UNSECURED | 678.00 | 752.89 | 752.89 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 312.00 | 312.22 | 312.22 | .00 | .00 |
| CR EVERGREEN LLC | UNSECURED | 3,346.00 | 3,346.59 | 3,346.59 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 407.00 | 462.97 | 462.97 | .00 | .00 |
| HSBC | UNSECURED | 87.00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 563.00 | 774.32 | 774.32 | .00 | .00 |
| METROSTYLE | UNSECURED | 303.93 | NA | NA | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 121.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 3,529.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,572.00 | 4,917.84 | 4,917.84 | .00 | .00 |
| T MOBILE | UNSECURED | 491.00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MED | UNSECURED | 402.25 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 491.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 1,919.22 | NA | NA | .00 | .00 |
| WEST SIDE EMERGENCY | UNSECURED | 252.00 | NA | NA | .00 | .00 |
| US BANK NA | UNSECURED | 3,118.13 | 3,101.54 | 3,101.54 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 263.34 | 263.34 | .00 | .00 |
| US BANK NA | UNSECURED | NA | 40.00 | 40.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 380.87 | 380.87 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 156.24 | 156.24 | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | NA | 292.61 | .00 | .00 | .00 |
| SUTTON FUNDING | OTHER | NA | NA | NA | .00 | .00 |
| GERALDINE TERRY | OTHER | .00 | NA | NA | .00 | .00 |
| TAWANA | OTHER | .00 | NA | NA | .00 | .00 |
| TOMEKA PRICE | OTHER | .00 | NA | NA | .00 | .00 |
| SHANIKA DAVIS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,065.83 | 2,065.83 | .00 |
| Debt Secured by Vehicle | 10,225.00 | 10,225.00 | 392.31 |
| All Other Secured | 930.00 | 930.00 | .00 |
| **TOTAL SECURED:** | 13,220.83 | 13,220.83 | 392.31 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 30,380.18 | 17.31 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,017.12 |
| Disbursements to Creditors | $ | 13,630.45 |
| **TOTAL DISBURSEMENTS:** | $ | 17,647.57 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   12/07/2011                              /s/ Tom  Vaughn
                                                 Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**